**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:11CR269** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **ALI REZA TAGHEHCHIAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on Defendant Ali Reza Taghehchian's letter addressed to the Clerk of Court, which has been docketed as a motion to review payment (Filing No. 44).  In his letter, the Defendant complains that the Social Security Administration is withholding $100 from his monthly benefits to apply toward an overpayment of $36,696.52, whereas the Court ordered the Defendant to pay restitution to the Clerk in the amount of $64,403.86 at the rate of $25 per month or three per cent of his monthly gross income, whichever is greater. The Court's Amended Judgment (Filing No. 42) applied to his criminal proceeding and does not alter any administrative collection proceedings initiated by the Social Security Administration, although the Defendant may report to his probation officer the administratively collected payments to help ensure credit toward his total restitution owed.  Therefore,

IT IS ORDERED that:

1. The Clerk of the Court shall terminate Filing 44; and

2. The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 1st day of May, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge